534

No. 734. UNITED STATES v. COMMERCIAL CREDIT CO., INC. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Thacher* for the United States. *Messrs. Duane R. Dills* and *Berthold Muecke, Jr.,* for respondent.

No. 805. CARROLL v. BECKER, SECRETARY OF STATE. March 22, 1932. Petition for writ of certiorari to the Supreme Court of Missouri granted. *Messrs. E. F. Colladay* and *Hyman G. Stein* for petitioner. *Messrs. Stratton Shartel* and *Ray Weightman* for respondent.

No. 717. WHITMER v. LUCAS, COMMISSIONER OF INTERNAL REVENUE, ET AL. See same case, *ante,* p. 529.

No. 693. TAYLOR v. UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. R. Palmer Ingram* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 795. UNITED STATES v. THE RUTH MILDRED; and
No. 811. GENERAL IMPORT & EXPORT CO., INC. v. UNITED STATES. March 28, 1932. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher* for the United States. *Messrs. Louis Halle* and *Milton R. Kroopf* for the Ruth Mildred and General Import & Export Co.